IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY E. CALLAHAN,

     Appellant,

v.

STATE OF FLORIDA, GOVERNOR RICK SCOTT, ET AL.,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1044

Opinion filed October 6, 2015.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Rodney E. Callahan, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Sarah J. Rumph, General Counsel, Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.